FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

2020 FEB 21 P 2:57

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:20-MJ-80 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| CHARLES E. MILLER, | ) | Court Date: March 9, 2020 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor - 7140552)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 6, 2020, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, CHARLES E. MILLER, did unlawfully and knowingly commit simple assault upon J.S.

(Violation of Title 18, United States Code, Section 113(a)(5))

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Joseph G. Rieu
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was served via First Class Mail on this 21st day of February, 2020, to the defendant's home of record.

By: _____
Joseph G. Rieu
Special Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Phone: (703) 299-3834
Fax: (703) 299-3980
Joseph.Rieu@usdoj.gov